EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Carlos A. Irizarry Vázquez | 2010 TSPR 116<br><br>179 DPR ____ |

Número del Caso: TS-3316

Fecha: 6 de julio de 2010

Abogado de la Parte Peticionaria:

          Por derecho Propio

Materia: Baja Voluntaria del Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


Carlos A. Irizarry Vázquez                    3316


Sala de Verano integrada por la Jueza Asociada señora Fiol Matta, como su Presidenta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres.

RESOLUCIÓN

San Juan, Puerto Rico, a 6 de julio de 2010

Examinada la Moción Solicitando Baja Voluntaria presentada por el Lcdo. Carlos A. Irizarry Vázquez, así como la comunicación de la Procuradora General, se autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                    Aida Ileana Oquendo Graulau
                    Secretaria del Tribunal Supremo